UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTTY WILLIAM POLCHOW, | Case No. 21-CV-2773 (NEB/JFD) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MINNESOTA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

The Court has received the February 1, 2022 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 4) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE for failure to prosecute; and

3. The application to proceed without prepaying fees or costs (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 10, 2022                              BY THE COURT:

                                                   s/Nancy E. Brasel
                                                   Nancy E. Brasel
                                                   United States District Judge